**Order filed December 3, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00822-CV

_____

## LAC FRANCHISING, LLC, Appellant

## V.

## 2PROSPER INVESTMENT, LLC, Appellee

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2019-18558-A**

---

# O R D E R

Appellant's brief was due November 25, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 27, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.